## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

**Dominique M. Jones**

**Case No.: 23-12062 JNP**
**Chapter:** 7

### NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ford Motor

Credit  **Location of Hearing**: United States Bankruptcy Court

400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**

Tuesday,  5/2/2023 at 12:00 PM or as
soon as the matter may be reached.

REAFFIRMATION WILL BE HEARD VIA COURT SOLUTIONS AND NEEDS TO BE SET UP PRIOR TO THE DATE OF THE HEARING. PLEASE CHOOSE THE INDIGENT BUTTON TO WAIVE FEE.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 10, 2023 the foregoing notice was served on the

following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)