**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Dominique M. Jones                    Case No.: 23-12062 JNP
                                      Chapter: 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ford Motor

Credit  **Location of Hearing**: United States Bankruptcy Court

400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**

Tuesday, 5/2/2023 at 12:00 PM or as soon as the matter may be reached.

REAFFIRMATION WILL BE HEARD VIA COURT SOLUTIONS AND NEEDS TO BE SET UP PRIOR TO THE DATE OF THE HEARING. PLEASE CHOOSE THE INDIGENT BUTTON TO WAIVE FEE.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on April 10, 2023 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court

District of New Jersey

In re:  
Dominique M. Jones  
    Debtor

Case No. 23-12062-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1  
Date Rcvd: Apr 10, 2023      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: EBNBKNOT@ford.com | Apr 10 2023 20:31:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Joseph J. Rogers | on behalf of Debtor Dominique M. Jones jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 5