UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　　Case No.:　23-12062-JNP
　　　　　　　　　　　　　　　　　　　　　　　Chapter:　7
Dominique M. Jones　　　　　　　　　　　　　　Judge:　　Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

　　　DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clerk, US Bankruptcy court<br>401 Market Street<br>Camden, NJ 08102 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on May 30, 2023 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

| Description and value of property: |
|---|
| $280,000.00  251 West Donna Drive  Egg Harbor City, NJ  08215 |

| Liens on property: |
|---|
| $255,705.73  Dovenmuehle Mortgage Inc/ Cross County<br>$192.50  Township of Galloway |

| Amount of Equity claimed as exempt: |
|---|
| $24,294.27 |

Objections must be served on, and requests for additional information directed to:

Name:    Douglas S. Stanger

Address:    646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.    (609) 645-1881

United States Bankruptcy Court

District of New Jersey

In re:  
Dominique M. Jones  
Debtor

Case No. 23-12062-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Apr 28, 2023 | Form ID: pdf905 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominique M. Jones, 251 West Donna Drive, Egg Harbor City, NJ 08215-3851 |
| 519861305 | + | Cedar Business Services LLC, 5230 Las Virgenes Road, Suite 210, Calabasas, CA 91302-3465 |
| 519861306 | + | DiFrancia & Associates, 147 E Main Street, Tuckerton, NJ 08087-2661 |
| 519861312 | + | Linda DeCaro, 106 South Forecastle Drive, Tuckerton, NJ 08087-1552 |
| 519861315 | + | Sun Run, 26 World's Fair Drive, Unit K, Somerset, NJ 08873-1359 |
| 519861316 | + | Towship of Galloway, 300 E Jimmie Leeds Road, Absecon, NJ 08205-4109 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Apr 28 2023 20:38:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519861305 | + | Email/Text: SNagel@cedarfinancial.com | Apr 28 2023 20:38:00 | Cedar Business Services LLC, 5230 Las Virgenes Road, Suite 210, Calabasas, CA 91302-3465 |
| 519861307 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 28 2023 20:37:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 519861308 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2023 20:49:47 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519861309 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Apr 28 2023 20:37:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 519861310 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2023 20:37:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519861311 | + | Email/Text: EBNBKNOT@ford.com | Apr 28 2023 20:38:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 519861313 | + | Email/Text: bnc@nordstrom.com | Apr 28 2023 20:37:59 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519861314 | + | Email/PDF: pa_dc_claims@navient.com | Apr 28 2023 20:49:20 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: pdf905 | Total Noticed: 16 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Joseph J. Rogers | on behalf of Debtor Dominique M. Jones jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6