Certificate Number: 14912-NJ-DE-037427168

Bankruptcy Case Number: 23-12062



14912-NJ-DE-037427168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2023, at 1:25 o'clock AM EDT, Dominique Jones completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 14, 2023    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor