Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.:  23−12062−JNP
        Chapter:  7
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominique M. Jones
   aka Dominique Marie Jones
   251 West Donna Drive
   Egg Harbor City, NJ 08215

Social Security No.:
   xxx−xx−4617

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

     I  Priscilla Quiles , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

251 West Donna Drive Egg Harbor City, NJ 08215

Dated: May 24, 2023
JAN:

                                          Jeanne Naughton
                                          Clerk